# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Alston, Christopher M. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, Western District of Washington | 3. Date of Report<br><br>05/15/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>700 Stewart Street<br>Suite 6301<br>Seattle, WA 98101 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Center for Children & Youth Justice |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alston, Christopher M. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NCBJ | October 25-29, 2016 | San Francisco, CA | Attend National Conference of Bankruptcy Judges | Hotel |
| 2. | ABA Business Law Section | October 25-29, 2016 | San Francisco, CA | Attend Business Bankruptcy Committe Fall Meeting | Transportation, meals, hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alston, Christopher M. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alston, Christopher M. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BlackRock Muni Inc Qty Trust (BYM) Closed-End Fund | A | Distribution | J | T | Buy | 06/06/16 | K | | |
| 2. BlackRock Municipal 2020 (BKK) Closed-End Fund | A | Distribution | J | T | Buy | 02/03/16 | J | | |
| 3. BlackRock Municipal 2020 (BKK) Closed-End Fund | | None | | | Sold | 05/25/16 | J | | |
| 4. iShares Currency Hedged MSCI EAFE (HEFA) Exchange-Traded Fund | A | Dividend | K | T | Buy | 06/06/16 | J | | |
| 5. PIMCO 1-5 Year US TIPS ETF (STPZ) Exchange-Traded Fund | A | Dividend | J | T | | | | | |
| 6. PIMCO Low Duration Active ETF (LDUR) Exchange-Traded Fund | A | Dividend | J | T | Buy | 02/03/16 | J | | |
| 7. PIMCO Low Duration Active ETF (LDUR) Exchange-Traded Fund | | None | | | Sold (part) | 02/03/16 | J | | |
| 8. PIMCO Total Return Active ETF (BOND) Exchange-Traded Fund | A | Dividend | | | Sold | 02/03/16 | J | | |
| 9. Fidelity Municipal Money Market (FTEXX) Money Market Fund | A | Dividend | J | T | | | | | |
| 10. Fidelity® Government Cash Reserves (FDRXX) Money Market Fund | A | Dividend | K | T | | | | | |
| 11. American Beacon Bridgeway Lg Cp Val Inst (BRLVX) Open-End Fund | A | Distribution | K | T | Buy | 02/03/16 | K | | |
| 12. American Beacon Bridgeway Lg Cp Val Inst (BRLVX) Open-End Fund | | None | | | Buy | 06/06/16 | J | | |
| 13. American Beacon Bridgeway Lg Cp Val Inv (BWLIX) Open-End Fund | A | Distribution | J | T | Buy | 02/03/16 | J | | |
| 14. American Funds Capital World Bond F1 (WBFFX) Open-End Fund | A | Distribution | J | T | | | | | |
| 15. American Funds Capital World Bond F2 (BFWFX) Open-End Fund | A | Distribution | K | T | | | | | |
| 16. American Funds Europacific Growth F1 (AEGFX) Open-End Fund | A | Distribution | J | T | Sold (part) | 02/03/16 | J | | |
| 17. American Funds Europacific Growth F1 (AEGFX) Open-End Fund | | None | | | Sold (part) | 06/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. American Funds Europacific Growth F2 (AEPFX) Open-End Fund | A | Distribution | K | T | Buy | 02/03/16 | J | | |
| 19. American Funds Europacific Growth F2 (AEPFX) Open-End Fund | | None | | | Sold (part) | 06/03/16 | K | | |
| 20. Dodge & Cox Income (DODIX) Open-End Fund | B | Distribution | K | T | Sold (part) | 02/03/16 | J | | |
| 21. Dodge & Cox Income (DODIX) Open-End Fund | | None | | | Sold (part) | 06/03/16 | J | | |
| 22. Eaton Vance Multisector Income A (EVBAX) Open-End Fund | A | Distribution | | | Sold | 02/03/16 | J | A | |
| 23. Fidelity® Contrafund® (FCNTX) Open-End Fund | A | Distribution | K | T | Sold (part) | 02/03/16 | K | | |
| 24. Fidelity® Contrafund® (FCNTX) Open-End Fund | | None | | | Sold (part) | 06/03/16 | J | | |
| 25. Fidelity® Interm Muni Inc (FLTMX) Open-End Fund | A | Distribution | K | T | Buy | 06/06/16 | K | | |
| 26. Fidelity® International Index Investor (FSIIX) Open-End Fund | A | Distribution | J | T | Buy | 02/03/16 | J | | |
| 27. Fidelity® International Index Investor (FSIIX) Open-End Fund | | None | | | Sold | 06/03/16 | J | A | |
| 28. Fidelity® International Index Premium (FSIVX) Open-End Fund | A | Distribution | K | T | Buy | 02/03/16 | K | | |
| 29. Fidelity® International Index Premium (FSIVX) Open-End Fund | | None | | | Sold (part) | 06/03/16 | J | A | |
| 30. Harbor International Institutional (HAINX) Open-End Fund | A | Distribution | K | T | Sold (part) | 02/03/16 | K | | |
| 31. Harbor International Investor (HIINX) Open-End Fund | A | Distribution | J | T | Sold (part) | 02/03/16 | J | | |
| 32. Harbor International Investor (HIINX) Open-End Fund | | None | | | Sold (part) | 02/03/16 | J | | |
| 33. Harbor International Investor (HIINX) Open-End Fund | | None | | | Buy | 06/06/16 | J | | |
| 34. Lazard Emerging Markets Equity Instl (LZEMX) Open-End Fund | | None | J | T | Sold (part) | 02/03/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alston, Christopher M. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lazard Emerging Markets Equity Instl (LZEMX) Open-End Fund | | None | | | Sold | 05/25/16 | J | | |
| 36. Lazard Emerging Markets Equity Open (LZOEX) Open-End Fund | | None | | | Sold | 02/03/16 | J | | |
| 37. Loomis Sayles Bond Instl (LSBDX) Open-End Fund | A | Distribution | J | T | Buy | 02/03/16 | J | | |
| 38. Loomis Sayles Bond Retail (LSBRX) Open-End Fund | A | Distribution | J | T | Sold (part) | 02/03/16 | J | | |
| 39. Loomis Sayles Bond Retail (LSBRX) Open-End Fund | | None | | | Sold (part) | 02/03/16 | J | | |
| 40. Merger Institutional (MERIX) Open-End Fund | A | Distribution | L | T | | | | | |
| 41. Merger Investor (MERFX) Open-End Fund | A | Distribution | J | T | Buy | 02/03/16 | J | | |
| 42. Merger Investor (MERFX) Open-End Fund | | None | | | Sold (part) | 06/03/16 | J | | |
| 43. Metropolitan West Total Return Bd I (MWTIX) Open-End Fund | B | Distribution | K | T | Buy | 02/03/16 | L | | |
| 44. Metropolitan West Total Return Bd I (MWTIX) Open-End Fund | | None | | | Sold (part) | 06/03/16 | J | | |
| 45. Metropolitan West Total Return Bd M (MWTRX) Open-End Fund | A | Distribution | J | T | Buy | 02/03/16 | J | | |
| 46. Metropolitan West Total Return Bd M (MWTRX) Open-End Fund | | None | | | Sold (part) | 06/03/16 | J | | |
| 47. Northern Small Cap Value (NOSGX) Open-End Fund | A | Distribution | K | T | Buy | 02/03/16 | K | | |
| 48. Northern Small Cap Value (NOSGX) Open-End Fund | | None | | | Sold (part) | 06/03/16 | J | | |
| 49. Nuveen Large Cap Growth Opps A (FRGWX) Open-End Fund | A | Distribution | J | T | Sold (part) | 06/03/16 | J | | |
| 50. Nuveen Large Cap Growth Opps I (FIGWX) Open-End Fund | C | Distribution | K | T | Buy | 02/03/16 | J | | |
| 51. Oak Ridge Small Cap Growth A (ORIGX) Open-End Fund | A | Distribution | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alston, Christopher M. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oak Ridge Small Cap Growth I (ORIYX) Open-End Fund | A | Distribution | J | T | | | | | |
| 53. Oppenheimer Developing Markets A (ODMAX) Open-End Fund | A | Distribution | J | T | Buy | 02/03/16 | J | | |
| 54. Oppenheimer Developing Markets A (ODMAX) Open-End Fund | | None | | | Sold (part) | 06/03/16 | J | | |
| 55. Oppenheimer Developing Markets Y (ODVYX) Open-End Fund | A | Distribution | K | T | Buy | 02/03/16 | J | | |
| 56. PIMCO CommoditiesPLUS® Strategy D (PCLDX) Open-End Fund | A | Distribution | J | T | Buy | 06/03/16 | J | | |
| 57. PIMCO CommoditiesPLUS® Strategy Instl (PCLIX) Open-End Fund | A | Distribution | K | T | Buy | 02/03/16 | K | | |
| 58. PIMCO CommoditiesPLUS® Strategy Instl (PCLIX) Open-End Fund | | None | | | Sold (part) | 06/03/16 | J | | |
| 59. PIMCO Commodity Real Ret Strat D (PCRDX) Open-End Fund | A | Distribution | J | T | Sold (part) | 06/03/16 | J | | |
| 60. PIMCO Commodity Real Ret Strat Instl (PCRIX) Open-End Fund | A | Distribution | J | T | Buy | 02/03/16 | J | | |
| 61. PIMCO Low Duration Instl (PTLDX) Open-End Fund | A | Distribution | | | Sold | 02/03/16 | J | A | |
| 62. PIMCO Total Return Instl (PTTRX) Open-End Fund | A | Distribution | | | Sold | 02/03/16 | K | B | |
| 63. Prudential High-Yield A (PBHAX) Open-End Fund | A | Distribution | J | T | Sold (part) | 06/03/16 | J | | |
| 64. Royce Total Return Invmt (RYTRX) Open-End Fund | A | Distribution | J | T | Sold (part) | 02/03/16 | J | | |
| 65. Royce Total Return Svc (RYTFX) Open-End Fund | | None | | | Sold | 02/03/16 | J | | |
| 66. T. Rowe Price Equity Income (PRFDX) Open-End Fund | | None | J | T | Sold (part) | 02/03/16 | J | | |
| 67. T. Rowe Price Equity Income (PRFDX) Open-End Fund | | None | | | Sold | 02/03/16 | K | B | |
| 68. T. Rowe Price Equity Income Advisor (PAFDX) Open-End Fund | | None | | | Sold | 02/03/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alston, Christopher M. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. T. Rowe Price Equity Income Advisor (PAFDX) Open-End Fund | | None | | | Sold | 02/03/16 | J | | |
| 70. T. Rowe Price High Yield Adv (PAHIX) Open-End Fund | A | Distribution | J | T | | | | | |
| 71. T. Rowe Price International Discovery (PRIDX) Open-End Fund | B | Distribution | | | Sold | 02/03/16 | K | D | |
| 72. T. Rowe Price International Discovery (PRIDX) Open-End Fund | | None | | | Sold | 02/03/16 | J | | |
| 73. T. Rowe Price Real Estate (TRREX) Open-End Fund | A | Distribution | K | T | | | | | |
| 74. T. Rowe Price Real Estate Advisor (PAREX) Open-End Fund | A | Distribution | | | Sold | 02/03/16 | J | | |
| 75. T. Rowe Price Real Estate Advisor (PAREX) Open-End Fund | | None | | | Sold | 06/03/16 | J | | |
| 76. T. Rowe Price Small-Cap Value (PRSVX) Open-End Fund | A | Distribution | | | Sold | 02/03/16 | J | B | |
| 77. T. Rowe Price Small-Cap Value Adv (PASVX) Open-End Fund | A | Distribution | | | Sold | 02/03/16 | J | A | |
| 78. Templeton Global Bond A (TPINX) Open-End Fund | A | Distribution | J | T | Sold (part) | 02/03/16 | K | | |
| 79. Templeton Global Bond A (TPINX) Open-End Fund | | None | | | Sold (part) | 02/03/16 | J | | |
| 80. Templeton Global Bond Adv (TGBAX) Open-End Fund | A | Distribution | K | T | Buy | 02/03/16 | K | | |
| 81. Vanguard Inflation-Protected Secs Inv (VIPSX) Open-End Fund | A | Distribution | J | T | | | | | |
| 82. Berkshire Hathaway Inc B (BRK.B) Stock | | None | | | Sold | 05/25/16 | K | D | |
| 83. Berkshire Hathaway Inc B (BRK.B) Stock | | None | | | Buy | 06/03/16 | J | | |
| 84. CA Scholarshare 529 Plan Passive Age-Based Portfolio 11-12 | | None | J | T | | | | | |
| 85. CA Scholarshare 529 Plan Passive Diversified Equity Portfolio | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alston, Christopher M. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Northwestern Mutual: Whole Life Policy | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alston, Christopher M. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section I: In 2015, resigned from three of the four positions previously reported.

Section III: No longer required to report income from prior years. Ceased being a member of Foster Pepper PLLC in 2015.

Section VI: Refinanced mortgage and paid down revolving accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| Alston, Christopher M. | 05/15/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher M. Alston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544